UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Ralph Barbato, III,<br><br>       Plaintiff,<br><br>       v.<br><br>ADVENTIST HEALTH SYSTEMS/SUNBELT,<br>INC., d/b/a/ Translife Organ Procurement<br>Organization, AdventHealth Transplant Institute,<br>and AdventHealth Orlando,<br><br>       Defendants. | Case No. 6:19-cv-1169-Orl-37GJK |

## PLAINTIFF-RELATOR'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

In addition to the parties identified in the United States' Certificate of Interested Persons and Corporate Disclosure Statement (Doc. 31 at PageID# 128), I hereby disclose the following pursuant to this Court's Order (Doc. 30 at PageID# 117) on Interested Persons and Corporate Disclosure:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

- Ralph Barbato, Plaintiff-Relator
  21 Oakleigh Lane
  Maitland, FL 32751
  Tel: (407) 929-4926

- Peter W. Chatfield, Attorney for Plaintiff-Relator
  2000 Massachusetts Ave NW, Suite 100
  Washington, DC 20036
  Tel: (202) 833-4567
  peter@phillipsandcohen.com

- Jeffrey W. Dickstein, Attorney for Plaintiff-Relator
  PHILLIPS & COHEN LLP
  2 South Biscayne Blvd., Suite 1600
  Miami, FL 33131
  Tel: (305) 372-5200
  jdickstein@phillipsandcohen.com

- Alexis H. Ronicker, Attorney for Plaintiff-Relator
  KATZ, MARSHALL & BANKS LLP
  1718 Connecticut Ave NW, 7th Floor
  Washington, DC 20009
  Tel: (202) 299-1140
  ronickher@kmblegal.com

- Jessica L. Westerman, Attorney for Plaintiff-Relator
  KATZ, MARSHALL & BANKS LLP
  1718 Connecticut Ave NW, 7th Floor
  Washington, DC 20009
  Tel: (202) 299-1140
  westerman@kmblegal.com

- Adventist Health Systems/SUNBELT, INC., d/b/a/ Translife Organ
  Procurement Organization, AdventHealth Transplant Institute, and
  AdventHealth Orlando, Defendant
  900 Hope Way
  Altamonte Springs, FL 37214

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- None known.

4.      The name of each victim (individual and corporate), including every person who may be entitled to restitution:

- Center for Medicare and Medicaid Services

5.      Check one of the following:

☒      a.      I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

☐      b.      I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: September 28, 2021

/s/ Jeffrey W. Dickstein
Jeffrey W. Dickstein
PHILLIPS & COHEN LLP
2 South Biscayne Blvd., Suite 1600
Miami, FL 33131
Tel: (305) 372-5200
jdickstein@phillipsandcohen.com

3

Peter W. Chatfield
PHILLIPS & COHEN LLP
2000 Massachusetts Ave NW, Suite 100
Washington, DC 20036
Tel: (202) 833-4567
peter@phillipsandcohen.com

Alexis H. Ronickher
Jessica L. Westerman
1718 Connecticut Ave NW, 7th Floor
Washington, DC 20009
ronickher@kmblegal.com
westerman@kmblegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all CM/ECF participants.

/s/ TJ Budetti
TJ Budetti
PHILLIPS & COHEN LLP